CINCINNATI BAR ASSOCIATION *v.* FARR.

[Cite as Cincinnati Bar Assn. *v.* Farr (1988), 39 Ohio St. 3d 602.]

(No. D.D. 85-28—Submitted September 28, 1988—Decided September 30, 1988.)

Richard R. Farr is reinstated to the practice of law in the state of Ohio.

For earlier case, see (1986), 21 Ohio St. 3d 78, 21 OBR 375, 488 N.E. 2d 155.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

DOUGLAS, J., not participating.